1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7101 SUNSET LLC, | CASE NO. CV 13-00505 UA (DUTYx) |
| Plaintiff, | |
| vs. | **ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |
| BENJA BURANAKARN, et al., | |
| Defendants. | |

The Court remands this unlawful detainer action to state court summarily because defendant Benja Buranakarn removed it improperly.

Having been sued in what appears to be a routine unlawful detainer action in California state court, defendant lodged a Notice of Removal of that action to this Court and also presented an application to proceed without prepayment of the filing fee. The Court denied the latter application in a separate order because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this order to remand the action to state court.

Plaintiff could not have brought this action in federal court in the first place, and defendant does not competently allege facts supplying either diversity or federal-question jurisdiction. See 28 U.S.C. § 1441(a). Therefore, defendant has not met his or her burden to establish that removal is proper. See Franchise Tax Bd. of State of Cal. v. Constr. Laborers Vacation Tr. for S. Cal., 463 U.S. 1, 8-10 (1983);

1   Hunter v. Philip Morris USA, 582 F.3d 1039, 1042-1043 (9th Cir. 2009).

2          Defendant is notified and warned that any subsequent attempts to remove the underlying state

3   unlawful detainer action to this Court will be improper and will constitute vexatious conduct that the

4   Court may address by way of punitive remedial measures, which may include having defendant

5   designated as a vexatious litigant and barred from commencing any further removal actions with respect

6   to the underlying state unlawful detainer action.

7          Accordingly, this matter is **remanded** to the Superior Court of California for the County of Los

8   Angeles, Santa Monica, West District, 1725 Main Street, Santa Monica, California 90401, for lack of

9   subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). The Clerk is directed to send a certified copy

10  of this order to the state court and to serve copies of this order on the parties.

11

12         **IT IS SO ORDERED.**

13

14  DATED: _____5/3/_____, 2013

15

16

17                                          _____

18                                          GEORGE H. KING
                                            CHIEF DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

                                    Page 2